UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FOGERTY,<br><br>    Plaintiff,<br><br>v.<br><br>STUART COOK, an individual; DOUGLAS CLIFFORD, an individual; and POOR BOY PRODUCTIONS, INC., a corporation,<br><br>    Defendants.<br><br>AND RELATED ACTIONS | Case No. 2:15-cv-06069-FMO (FFMx)<br>    consolidated with<br>    2:15-cv-06501-FMO (FFMx)<br><br>ORDER GRANTING STIPULATION [69] REGARDING AUTHENTICATION AND ADMISSIBILITY FOR PURPOSES OF SUMMARY JUDGMENT<br><br>**AS AMENDED**. |

Having considered the parties' Stipulation Regarding Authentication and Admissibility for Purposes of Summary Judgment and finding good cause therefor,

IT IS HEREBY ORDERED that the Stipulation Regarding Authentication and Admissibility for Purposes of Summary Judgment is GRANTED. Notwithstanding the parties' stipulation, the court may make its own determination as to the admissibility of evidence submitted with regard to the parties' summary judgment motions.

Dated: January 26, 2017

/s/
Honorable Fernando M. Olguin

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, NV 89511
775-324-4100