JS-6

FILED
CLERK, U.S. DISTRICT COURT
2/7/2017
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FOGERTY,<br><br>  Plaintiff,<br><br>  v.<br><br>STUART COOK, an individual; DOUGLAS CLIFFORD, an individual; and POOR BOY PRODUCTIONS, INC., a corporation,<br><br>  Defendants. | Case No. 2:15-cv-06069-FMO (FFMx)<br>  consolidated with<br>  2:15-cv-06501-FMO (FFMx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| AND RELATED ACTIONS | |

Pursuant to the stipulation of the parties and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-referenced consolidated action, including all claims and counterclaims, is hereby DISMISSED WITH PREJUDICE.

Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: February 7, 2017

/s/
Honorable Fernando M. Olguin